**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michelle Rae Wilson,  Civ. No. 18-1985 (SRN/BRT)

    Petitioner,

v.  **ORDER**

Paul Schnell, Commissioner of Corrections,

    Respondent.

Michelle Rae Wilson, OID #231460, MCF Shakopee, 1010 W. 6th St., Shakopee, MN 55379, *pro se* Petitioner.

Peter R. Marker, Esq., Ramsey County Attorney's Office, counsel for Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated April 1, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Paul Schnell is substituted for Tom Roy as the Respondent in this matter;

2. Petitioner's Petition for a writ of habeas corpus [Doc. No. 1] is **DENIED**; and

3. A certificate of appealability is **NOT GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 17, 2019						s/Susan Richard Nelson						
							SUSAN RICHARD NELSON
							United States District Judge